IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 23-30-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| STEPHEN *aka* "MUTT" JOHN PARKER, | |
| Defendant. | |

Upon the Defendant's Pro Se Request for Hearing on Status of Counsel (Doc. 81), and for good cause appearing,

IT IS HEREBY ORDERED that a hearing on the status of counsel is set for **Tuesday, December 10, 2024 at 11:00 a.m.** in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse, 2601 2nd Avenue North, Billings, Montana.

The Clerk of Court is directed to notify counsel and the U.S. Marshals of the making of this Order.

DATED this 20th day of November, 2024.

SUSAN P. WATTERS
United States District Judge

1