IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN aka "MUTT" JOHN PARKER,<br><br>Defendant. | CR 23-30-BLG-SPW<br><br>ORDER |

Pending before the Court is the Unopposed Motion for Extension of Time to File Responses to pretrial motions. (Doc. 104). The Government requests additional time to prepare its responses to four pretrial motions (Docs. 96, 98, 101, and 102). For good cause shown,

IT IS ORDERED that the motion for additional time is GRANTED.

The Government shall file its responses to each motion on or before February 26, 2025.

DATED this 20th day of February, 2025.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1